UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIRST BAPTIST CHURCH IN NEWTON,<br> *Plaintiff*<br><br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY,<br> *Defendant* | )<br>)<br>)<br>)<br>) C.A. No.: 1:23-cv-10436-FDS<br>)<br>)<br>)<br>)<br>) |

**ANSWER OF DEFENDANT CHURCH MUTUAL INSURANCE COMPANY**
**TO FIRST AMENDED COMPLAINT AND JURY DEMAND**

**PARTIES**

1. The Defendant, Church Mutual Insurance Company ("Church Mutual"), admits the allegations of Paragraph 1 of the Plaintiff's First Amended Complaint ("Complaint").

2. The Defendant, Church Mutual, admits the allegations of Paragraph 2 of the Plaintiff's Complaint.

3. The Defendant, Church Mutual, admits the allegations of Paragraph 3 of the Plaintiff's Complaint.

**JURISDICTION AND VENUE**

4. The Defendant, Church Mutual, admits the allegations of Paragraph 4 of the Plaintiff's Complaint.

5. The Defendant, Church Mutual, admits the allegations of Paragraph 5 of the Plaintiff's Complaint.

6. The Defendant, Church Mutual, admits the allegations of Paragraph 6 of the Plaintiff's Complaint.

## **FACTS**

7. The Defendant, Church Mutual, is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8. The Defendant, Church Mutual, denies the allegations contained in paragraph 8 of the Plaintiff's Complaint.

9. The Defendant, Church Mutual, admits the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10. The Defendant, Church Mutual, admits the allegations contained in paragraph 10 of the Plaintiff's Complaint.

11. Answering paragraph 11, the Defendant, Church Mutual, admits that the language of the policy of insurance referenced therein is contained in the policy and that it speaks for itself.

12. Answering paragraph 12, the Defendant, Church Mutual, admits that the policy contains a provision entitled "Additional Coverage – Collapse" and that the language therein speaks for itself, and denies that it provides coverage for the loss claimed by the Plaintiff in this action.

13. The Defendant, Church Mutual, denies the allegations contained in paragraph 13 of the Plaintiff's Complaint.

14. The Defendant, Church Mutual, denies the allegations contained in paragraph 14 of the Plaintiff's Complaint.

15. The Defendant, Church Mutual, admits the allegations contained in paragraph 15 of the Plaintiff's Complaint.

16. The Defendant, Church Mutual, denies the allegations contained in paragraph 16 of the Plaintiff's Complaint.

17. The Defendant, Church Mutual, denies the allegations contained in paragraph 17 of the Plaintiff's Complaint.

18. The Defendant, Church Mutual, denies the allegations contained in paragraph 18 of the Plaintiff's Complaint.

19. The Defendant, Church Mutual, denies the allegations contained in paragraph 19 of the Plaintiff's Complaint.

20. The Defendant, Church Mutual, denies the allegations contained in paragraph 20 of the Plaintiff's Complaint.

21. The Defendant, Church Mutual, denies the allegations contained in paragraph 21 of the Plaintiff's Complaint.

22. The Defendant, Church Mutual, denies the allegations contained in paragraph 22 of the Plaintiff's Complaint.

23. The Defendant, Church Mutual, denies the allegations contained in paragraph 23 of the Plaintiff's Complaint.

24. The Defendant, Church Mutual, denies the allegations contained in paragraph 24 of the Plaintiff's Complaint.

### COUNT I
### (Breach of Contract)

25. The Defendant, Church Mutual, hereby incorporates by reference its responses to paragraphs 1 through 24 of the Complaint.

26. The Defendant, Church Mutual, admits the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27. The Defendant, Church Mutual, denies the allegations contained in paragraph 27 of the Plaintiff's Complaint.

28. The Defendant, Church Mutual, denies there was a "Loss under the Policy" as alleged in paragraph 28 of the Plaintiff's Complaint and otherwise admits that it has denied coverage for said loss.

29. The Defendant, Church Mutual, denies the Plaintiff sustained "damages . . . as a result of the Loss" as alleged in paragraph 29 of the Plaintiff's Complaint and otherwise admits that it has not indemnified the Plaintiff for said loss.

30. The Defendant, Church Mutual, denies the allegations contained in paragraph 30 of the Plaintiff's Complaint.

31. The Defendant, Church Mutual, denies the allegations contained in paragraph 31 of the Plaintiff's Complaint.

## COUNT II
### (Common Law Bad Faith: Breach of Implied Covenant of Good-Faith and Fair Dealing)

32. The Defendant, Church Mutual, hereby incorporates by reference its responses to paragraphs 1 through 31 of the Complaint.

33. The Defendant, Church Mutual, admits the allegations contained in paragraph 33 of the Plaintiff's Complaint.

34. The Defendant, Church Mutual, denies the allegations contained in paragraph 34 of the Plaintiff's Complaint.

35. The Defendant, Church Mutual, denies the allegations contained in paragraph 35 of the Plaintiff's Complaint.

36. The Defendant, Church Mutual, denies the allegations contained in paragraph 36 of the Plaintiff's Complaint.

## COUNT III
### (Violations of G.L. c. 93A)

37. The Defendant, Church Mutual, hereby incorporates by reference its responses to paragraphs 1 through 36 of the Complaint.

38. The Defendant, Church Mutual, admits the allegations contained in paragraph 38 of the Plaintiff's Complaint.

39. The Defendant, Church Mutual, admits the allegations contained in paragraph 39 of the Plaintiff's Complaint.

40. The Defendant, Church Mutual, denies the allegations contained in paragraph 40 of the Plaintiff's Complaint.

41. The Defendant, Church Mutual, denies the allegations contained in paragraph 41 of the Plaintiff's Complaint.

42. The Defendant, Church Mutual, denies the allegations contained in paragraph 42 of the Plaintiff's Complaint.

43. The Defendant, Church Mutual, denies the allegations contained in paragraph 43 of the Plaintiff's Complaint.

44. The Defendant, Church Mutual, denies the allegations contained in paragraph 44 of the Plaintiff's Complaint.

45. The Defendant, Church Mutual, denies the allegations contained in paragraph 45 of the Plaintiff's Complaint.

46. The Defendant, Church Mutual, denies the allegations contained in paragraph 46 of the Plaintiff's Complaint.

47. The Defendant, Church Mutual, denies the allegations contained in paragraph 47 of the Plaintiff's Complaint.

48. The Defendant, Church Mutual, denies the allegations contained in paragraph 48 of the Plaintiff's Complaint.

49. The Defendant, Church Mutual, denies the allegations contained in paragraph 49 of the Plaintiff's Complaint.

50. The Defendant, Church Mutual, denies the allegations contained in paragraph 50 of the Plaintiff's Complaint.

51. The Defendant, Church Mutual, denies the allegations contained in paragraph 51 of the Plaintiff's Complaint.

## COUNT IV
### (Declaratory Judgment)

52. The Defendant, Church Mutual, hereby incorporates by reference its responses to paragraphs 1 through 51 of the Complaint.

53. The Defendant, Church Mutual, admits the allegations contained in paragraph 53 of the Plaintiff's Complaint.

54. The Defendant, Church Mutual, admits the allegations contained in paragraph 54 of the Plaintiff's Complaint.

55. The Defendant, Church Mutual, denies the allegations contained in paragraph 55 of the Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff's claims are barred by exclusions or limitations set forth in the policy that is the subject of this litigation.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiff's damages, if any, were caused in whole or in part by its own negligence, and its recovery, if any, should be barred or reduced accordingly.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff has waived any and all claims against the Defendant, Church Mutual.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiff's Complaint is barred by failure of consideration.

WHEREFORE, the Defendant, Church Mutual Insurance Company, demands judgment:

A. Declaring that the policy in question provides no coverage to the Plaintiff for the claimed loss;

B. Dismissing the Plaintiff's Complaint with prejudice;

C. Awarding the Defendant, Church Mutual Insurance Company, its costs incurred in defending this action, including reasonable attorney's fees; and

D. For such other and further relief as the Court deems meet and just.

Defendant,

CHURCH MUTUAL INSURANCE COMPANY, S.I.

By its Attorney,

*/s/ John Egan*
_____
John Egan, Esquire BBO # 151670
Rubin and Rudman LLP
53 State Street
Boston, MA 02109
Tel:  (617) 330-7000
jegan@rubinrudman.com

Date: April 7, 2023

**CERTIFICATE OF SERVICE**

    I, John Egan, hereby certify that on the 7th day of April, 2023, I caused a copy of Answer of Defendant Church Mutual Insurance Company to First Amended Complaint and Jury Demand to be served electronically to:  ***Brendan L. Labbe, [Blabbe@sloanewalsh.com](mailto:Blabbe@sloanewalsh.com), Sloane and Walsh, LLP, One Boston Place, 201 Washington Street, Suite 1600, Boston, MA 02108.***

                                      /s/ John Egan
                                      John Egan