# EXHIBIT 1

1641391_1



*The Commonwealth of Massachusetts*
*Secretary of the Commonwealth*
*State House, Boston, Massachusetts 02133*

*William Francis Galvin*
*Secretary of the Commonwealth*

June 7, 2022

Rev. Jana Yeaton
Senior Minister
First Baptist Church in Newton
848 Beacon Street
Newton, MA 02459

Dear Rev. Yeaton:

Under 950 CMR Section 73.08 of the Massachusetts Preservation Projects Fund regulations, I am pleased to award the First Baptist Church in Newton an emergency grant in the amount of $100,000 to address structural and masonry repairs to the north face of the tower as well as architectural and engineering costs including numeric analysis, schematic design and 3-dimensional laser scanning.

The First Baptist Church in Newton was constructed in 1888 in the Richardsonian Romanesque style and was designed by the architect John Faxon. The church is primarily constructed of granite and brown sandstone. The First Baptist Church is individually listed in the National Register of Historic Places.

In order to expedite the emergency grant process, please have the appropriate person contact Brona Simon, Executive Director of the Massachusetts Historical Commission at (617) 727-8470 to answer any questions and to make arrangements to sign the required documents.

Very Truly Yours,

William F. Galvin
Secretary of the Commonwealth
Chairman of the Massachusetts
Historical Commission

Cc:    Brona Simon, Executive Director, MHC