## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

First Baptist Church in Newton
    **Plaintiff,**

    **v.**                                                Civil Case No. 23-cv-10436-BEM

Church Mutual Insurance Company
    **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

**MURPHY, J.**

    The Court having been advised on May 20, 2025, that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action no later than 45 days, if settlement is not consummated.

                                                          By the Court,

| May 20, 2025 | /s/ Marlene Martins |
|---|---|
| Date | Deputy Clerk |